IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JARED LLOYD SHANKLIN, § | |
| § | |
| Petitioner, § | |
| vs. § | CIVIL ACTION H-08-1111 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director TDCJ-ID, § | |
| § | |
| Respondent. § | |

## AMENDED ORDER

In an order entered on July 10, 2008, (Docket Entry No. 8), this court dismissed the petition for writ of habeas corpus for want of prosecution. This court determined that petitioner had not paid the filing fee or filed an application to proceed as a pauper. The record shows that petitioner has paid the filing fee.

The order of dismissal entered on July 10, 2008 is vacated. The Clerk is ordered to reinstate this case on the court's docket.

SIGNED on July 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge